**FILED**
OCT 0 4 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Kimberly D. Hogan  Pro se
Plaintiff

CASE NUMBER: 1:21CV0892 RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendant's

**NOTICE OF COMPLAINT, REMOVAL, AND APPEAL FOR DENIAL OF DUE PROCESS, EQUAL PROTECTION, AND MEANINGFUL ACCESS TO THE COURT**
*RECORDS TAMPERING EVIDENCE STRIPPING, AND FOR A FRAUDULENT CONCOCTED TEXAS SUPREME COURT JUDGMENT, RICO AND FEDERAL CRIME VIOLATIONS TO OATH OF OFFICE*

**1. Plaintiff:**

Plaintiff: Kimberly D. Hogan Pro se

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

kdhogan@ymail.com

(303)246-1587

**2. Defendants:**

Defendant: Aspire Financial, Inc. d/b/a Aspire Lending

4100 Alpha Rd. Suite 300

Dallas, Texas 75244

(877)325-2009

1

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone: (214) 989-43

Fax: (972) 777-6951

Email: don.uloth@uloth.pro


Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-730

felicia.pitre@dallascounty.org


Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

Case 1:21-cv-00892-RP   Document 1   Filed 10/04/21   Page 3 of 11

Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov


Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

kristen.golby@txcourts.gov


Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

**AND   John Does and Jane Does  1- 100  Identities Yet to be determined.**

3

### 3. Jurisdiction Plea:

*"A plea to the jurisdiction contests the trial court's power to determine the subject matter of the controversy. Texas Dept. of Parks & Wildlife v. Miranda, 133 S.W.3d 217, 226 (Tex. 2004); Texas Highway Dep't v. Jarrell, 418 S.W.2d 486, 488 (Tex. 1967). Subject matter jurisdiction is essential to the authority of the court to decide a case. Texas Ass'n of Bus. v. Texas Air Control Bd., 852 S.W.2d 440, 443 (Tex. 1993)."*

## 28 U.S. Code § 1331 - Federal question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

Denial of Meaningful Access to the Courts of the State of Texas

Denial of Equal Protection of the Laws

Denial of Due Process of the Laws

**Stripping Evidence from Kim Hogan's Case and Bastardization of the Court Records by Electronic Computer, Internet Means by the Appeals Court and Supreme Court of Texas.**

## Rule 8. General Rules of Pleading

(a) Claim for Relief. A pleading that states a claim for relief must contain:

    (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

    (2) a short and plain statement of the claim showing that the pleader is entitled to relief; **denial of Equal Protection Due Process and Meaningful Access COURT FRAUDS and Fraudulent Entry of FRAUDULENT JUDGEMENTS**

    (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

4

Therefore, since the Horrendously Fraudulent and Abusive Magnitude of the Subject Matter of this Case, **Texas Western Federal District Court is the proper Jurisdiction for handling this Case.**

### 4. Alligation 1

I, Kimberly D. Hogan am Filing this Notice and COMPLAINT, seeking Removal, and herewith Appeals into the Texas Federal Court Western District for these reasons:

I was APPROVED, Under Contract, and Congratulated on my Approved Mortgage Funding Contract by Aspire for my new home. I was set to close on the New Purchase in Texas, *AFTER I sold my Colorado Home as I was instructed to do so by Aspire. (see Accepted and Filed on the Record Exhibit E / Contract pages 1-30:* https://documentcloud.adobe.com/link/review/?locale=en-US&uri=urn%3Aaaid%3Ascds%3AUS%3A05nZIRvJSP2LQ4r00XxUDA and Exhibit F/ Congratulations on the Contract and Termination of Contract pages 1 and 2: https://documentcloud.adobe.com/link/review/?locale=en-US&uri=urn%3Aaaid%3Ascds%3AUS%3ASUGRq2EzR62j_SLL5MKjWw ). Also, Must Hear Aspire's former and since Resigned Vice President Stephen Barton admit their Wrongs done to me in Part of Exhibit D here: https://youtu.be/-SkslVmUs0w

This is a Mortgage Fraud Case for Deceptive Trade Practices, Promissory Estoppel, Common Law Fraud, Reckless Misrepresentation, Detrimental Reliance, and Breach of Contract, because **Aspire Lending Baited and Lured me to Sell my Colorado home in order to get their Loan to purchase my new Texas home and then reneged** .... Some weeks thereafter ASPIRE reneged and claimed as an excuse they violated HUD Handbook Rule 4155.1 and

5

Underwriting Rules for Soft Income, Aspire's Loan Agent Rhonda Hurst was reported and ordered to Cease and Desist, was found guilty and fined, BY THE STATE OF TEXAS and thereafter lead to her resignation (see Accepted and Filed on the Record Exhibit A for Cease and Desist Order, with HUD Handbook and Underwriting Rules Violations pages 1 through 8: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:89129d10-ffcd-4400-8f88-2b9b0d1e2135). The EXCUSE , **Deceit and Lies runs deep with Aspire which explains the Termination of these 41 out of 45 business locations, and the Removal of their CFO Katie Miller and her CEO husband Kevin Miller. See Proof here:** https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:e8db68f8-571b-49be-8e4d-4a7d6fc2c82f  and here: https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:2451c9a9-381c-4421-ac07-f443e108a7f1

Relying on Aspire's Representation that I SELL my Colorado Residence in exchange for an Aspire Mortgage, I Sold my Colorado Residence, and it was to my Detriment. .  Aspire thereafter attempted to PUNISH  me and did by Filing a Knowingly, Abusive and  False Counterclaim for Defamation (I Won "With Prejudice"). after a Negligent Wrongful Summary Judgement due to my Court Stripped Evidence and Exhibits being Criminally Removed from the Record prior to the hearing. (See Civil Court Final Judgement: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:c3b70c9a-1185-4f40-b82b-5b792124102f ).

**5. Alligation 2**

6

MASSIVE FRAUD by the original 162nd Civil District Court, the Dallas 5th Appellate Court, and now the Texas Supreme Court's Fraudulent Judgement denying Petition. By ignoring proper evidence before these Courts and altering and stripping the record, complete deprivation of My Rights has been inflicted upon Me by these Texas State Courts. Total Violation of U.S. Constitutional and Texas Constitutional Due Process and Equal Protection by the lower 162nd District Court, the Dallas 5th Appellate Court, and the Texas Supreme Court, has been perpetrated by them.  These Courts Stripped me of My 14th Amendment Rights. (See 14th Amendment: https://law.justia.com/constitution/us/amendment-14/04-due-process-of-law.html ).

These Courts unlawfully removed, extricated Evidence and Exhibits from the Record, which was always SUCCESSFULLY SUBMITTED at EVERY Filing through the Tyler Technologies Texas E-file System, and submitted via Certified Mail and Hard Copies numerous times. (See: Appellant's Accepted and Filed on the Record "Motion to Correct the Record": https://documentcloud.adobe.com/link/review/?locale=en-US&uri=urn%3Aaaid%3Ascds%3AUS%3AJ-9jLOBPRhe3CxbvJO9iQg).

The Courts through the Tyler Technologies E-file System fraudulently Cleaned and Scrubbed the Record of ALL my Evidence and Exhibits, until finally last minute after realising they were still not admitted onto the record for Texas Supreme Court, I raised Hell amongst the Clerks and Demanded they be admitted immediately, and supplied them once again Attached in a Accepted Filed Letter. (see "Letter to Clerks" here: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:a1178bfd-ef14-4b34-883a-3a5af264544c ).

**My Exhibits and Evidence are still missing from the Record. I was "DENIED" my earlier Motion to Correct the Record with an**

**UNSIGNED / NO SIGNATURE, UNSIGNED Notice from SUPPOSEDLY**

**Justice Craig Smith, without even a hint or reason stated from the Court for the Denial. (See Denial:**

**https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:07049492-bb57-42dc-8bad-ca788402171a ).**

**I was Yet Again "DENIED", this time my SCOTEX Petition (without even a hint or reason stated from Anyone!) on an UNSIGNED / NO SIGNATURE, UNSIGNED Fraudulent Judgment Notice (therefore I am forced to have to hold the whole panel of SCOTEX Justices Accountable), and ironically as if a slap in the face it was dated CONSTITUTION DAY 09/17/2021. Disgusting! (See the supposed SCOTEX Petition Denial:**

**https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:78a2fdcf-bd32-4625-bd87-1d3d95af587b**

Aspire / Texas Lending is directly enriched by and gains Mortgage Funding from Partners and Mutual Owners of the Banks, S&Ls and even the Financiers of HUD's and FHA's Mortgage Lending MATRIX / SYSTEM. By "Following The Money" as to who funds Aspire, Texas Lending, EFile and Tyler Technologies, it's is traceable to BlackRock , Vanguard Investments and a Plethora of Pension Funds and Investment Groups beholding to the Federal Reserve, Federal Home Loan Bank Board, FHA, HUD and in General the State of Texas and US Governments. The Financial Ties and

Conflicts of Interest reveals *and makes perfect sense why my Evidence and Exhibits (including My Rights) were Court Stripped*. The Globalist Banksters Blackrock Investments, Vanguard Investments etc etc Et Al Fund Tyler Technologies and EFile funding them Both. (see proof:

https://www.socialesg.com/securities/21840561

https://www.tylertech.com/about-us ).

**Tyler Technologies is the Server running The Government, Department of Justice websites, and now Law Enforcement! (see proof:**

https://www.police1.com/iacp/articles/tyler-technologies-launches-digital-evidence-board-software-9IgSsD5MwM3rXQjS/ ).

Stripping Evidence using EFile seems to be ACCEPTABLE to the Texas Courts and leads to the Question HOW MANY OTHERS ARE BEING Defrauded, Cheated and Court Stripped by these CONFLICTS OF INTEREST ! JUSTICE DENIED , BOUGHT AND SOLD PAID FOR by the Investors of EFile and Tyley Technologies ? BLACKROCK VANGUARD and THE GOV with THE DOJ all interface with and are controlled by EFile and Tyler Technologies ? **The Corrupt, Underhanded STRIPPING of the Evidence from My Cases and the FRAUD BY THESE COURTS needs to be fully REVIEWED, Corrected, and Punishment for these Crimes, and Violations of Oaths of Office need to be adhered to. (See 5 U.S. 7311 & Exc. Order 10450:**

https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:65529d47-43ee-4fda-85a8-ccb277310ebe ).

Sure appears my Judges in the lower courts May have some Financial Interests, which wouldn't be a first, nor surprising! (see articles:

9

https://www.wsj.com/articles/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421

https://www.reuters.com/investigates/special-report/usa-judges-misconduct/ ).

I personally DO NOT take kindly to Racketeering Violations and the Blatant Conflicts of Interests and Nullification of The Texas and United States Constitutions. It was My Family Members (Daniel Carroll and Charles Carroll) who assisted in the Writing of and Signing of it, including The Declaration of Independence. Anyone can look up my Royal Ancestry in Any Genealogy Library going all the way back to the Pharaohs in order to search that Fact. Here is a link from a portion of my Royal Ancestry Bloodline Family Tree, where I am listed on page 32 (see pages 1, 9, 32, and 34 for proof here:

https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:38d7784c-f47d-4997-83da-b2da899968c7


**EFile Strips Evidence and MY CASE NEEDS TO BE ALLOWED A FAIR IMPARTIAL TRIAL WITH ALL MY EVIDENCE AND EXHIBITS Properly Considered, and this time I will Not be Denied I DEMAND FULL and ROBUST Discovery as I was denied such in the 162nd District Court in Dallas.**


## STATEMENT OF RELIEF

As any Normal Thinking Human Being can possibly Imagine, this has been an Extremely Long and Intense Emotional, Mental, Spiritual, and Physical (Health/Stress) Battle from Hell for Justice and Sought Damages, and especially without Council.  I had to learn and Research countless thousands of hours as if a Lawyer or Law Student myself, in order to come thus far as a Pro se Litigant; something I never would have willingly chose as a Career otherwise, especially now after 1st hand witnessing what a Disgrace and Unjust Corrupt System it has become.  Our Founding Fathers must be Rolling Over in their Graves.  Clearly the System needs an overhaul and clean up.  Justice For All Needs to be Restored in and by the Courts, and until then….. No Justice No Peace.  That being said, I believe One Million in REAL Money (Silver and Gold) PER YEAR of my time doing battle against Aspire and the Lower Courts Frauds, is an Acceptable amount and form of Relief.

**Lastly and Also I demand Punitive Damages be assessed and awarded as the MANY CONFLICTS OF INTEREST with Tyler Technologies, EFile, Aspire Lending and the Texas Courts have been concealed by Aspire, Aspire's Lawyers and the Judges and Courts, The State of Texas in these matters.**

/s/ **Kimberly D. Hogan**
Kimberly D. Hogan
10015 Lake Creek Pkwy. #621
Austin, Texas 78729
(303)246-1587
kdhogan@ymail.com

October 1st,  2021