FILED

OCT 0 4 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

**Attachment 5 - Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Kimberly D. Hogan Prose §
V.                                §   Case No. 1:21CV0892 RP
                                  §
Aspire Financial, Inc.            §
D/B/A Aspire Lending              §

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, Kimberly D. Hogan, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

Complaint/Removal/Appeal from SCOTEX case # 21-0556 Fraudulent Judgement + Record Stripping.

In further support of this application, I answer the following questions:

Applicant's Name: Kimberly D. Hogan

Applicant's Home Address: 10015 Lake Creek Pkwy. #621
Austin, Tx. 78729

**Questions Regarding Ability to Pay**

**Employment**:

Are you now employed?  Yes ☐   No ☐   Am Self Employed ☒  1099.
                                        Only Part Time - injured

If yes, how much do you earn per month?  $ 1,440

If no, give month and year of last employment: _____

How much did you earn per month?  $ _____

36

Name and Address of current or prior employer: _Ayurva Wellness - new job just started_
_920 Vista Ridge, Cedar Park, TX. 78613_

If married, state Spouse's name: _____

Is your Spouse employed?   Yes ☐   No ☐

If working, how much does your spouse earn?   $ _____

Do you receive any funds from relatives or for child support?   If so, how much per month do you receive?   $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☒   No ☐

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ 161.00 | 1st payroll check from new job @ Ayurva |
| $ | |
| $ | |
| $ | |

37

**Cash**:

Have you any cash on hand or money in savings or checking accounts?   Yes ☒  No ☐

If yes, state total amount:   $ 4,000

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

_____

**Property**:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☒ No ☐

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ 3,000 | Ford F-150 - 1998 |
| $ ~~Saxophone~~ 1,500 | Saxophone |
| $ 1,000 | Congas |
| $ 600 | Turquois Necklace + Bracelet |

**Family Status and Dependents**:

Marital Status:   Single ☒   Married ☐   Widowed ☐   Separated ☐   or   Divorced ☐

Total Number of Dependents: _____

Are any of your dependents employed?   If so, where:

_____

How much do your dependent(s) earn monthly?   $ _____

List persons you actually support, your relationship to them:

_____

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☒

If yes, list how much and describe:

_____

**Monthly Debts of Applicant and/or Dependents**

Type of Debt

Name of Creditor
 Total Debt
 Payment

Chase Visa C/C

Chase Bank
$ 2,499.48
$ 65

Credit Card

U.S. Bank
$ 8,036.46
$ 150

Credit Card

Care Credit
$ 5,191.55
$ 175

$ _____
$ _____

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment:              $ 600

Electric & Water Bills:              $ 150

Gas:                                 $ 30

Phone:                               $ 130

Insurance:                           $ 120

    For what purpose: auto and renters

Prescriptions: $ _____

    For what purpose: _____

Transportation/Car Payments: $ _____

    For what purpose: _____

Medical Bills: $ _____

    For what purpose: _____

Legal Bills: $ _____

    For what purpose: _____

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

_____

_____

_____

_____

_____

_____

_____

**AFFIDAVIT OF APPLICANT**

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _Kimberly D. Hogan_

Printed Name: _Kimberly D. Hogan_

Date: _September 30th, 2021_