**FILED**

OCT 04 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

Name: Kimberly D. Hogan

Address: 10015 Lake Creek Pkwy. #621

Austin, Texas 78729

Phone Number: (303)246-1587

Email Address: kdhogan@ymail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| Kimberly D. Hogan (Pro se) | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 1:21CV0892 RP |
| v. | |
| ASPIRE FINANCIAL, INC. D/B/A ASPIRE LENDING | APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
    *Check all that apply.*

    [✔] A Computer with internet access.

    [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    [✔] A scanner to convert documents that are only in paper format into electronic files.

    [✔] A printer or copier to create required paper copies such as chambers copies.

    [✔] A word-processing program to create documents; and

    [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 09/29/2021                    Signature: *Kimberly D. Hogan*



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

### E-FILING AND E-NOTICING REGISTRATION FORM

**Requirements:** Individuals seeking to file documents electronically must be (1) admitted to practice in the United States District Court for the Western District of Texas and be a member in good standing with the Court pursuant to Local Court Rule AT-1, (2) admitted pro hac vice, (3) authorized to represent the United States of America, or (4) proceeding as a non-prisoner pro se litigant, with approval by the Court.

**Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Western District of Texas. Complete the form on-line, sign it, save it and e-mail the form to the e-mail address listed at the bottom of this form. **After verification, you will receive an e-mail confirming receipt of your application. Your login and password will be e-mailed to you at a later date. If your e-mail address changes, you must contact the court or you will be unable to e-file. An e-mail address is required in order to E-file and receive E-notices.** NOTE: **DO NOT** use this form to submit an address change to the court. If your address has changed, you must contact the court directly per Local Court Rule AT-9. Please provide the court with up to two (2) courtesy e-mail addresses. These individuals will receive courtesy copies of the notices you receive.

(Please type your full name, including generation; e.g. Sr., Jr., II, III, etc.)

First Name: **Kimberly**   Middle Name: **Dawn**   Last Name: **Hogan**   Generation:

E-Mail: **kdhogan@ymail.com**   Telephone: **(303)246-1587**

Courtesy Email #1: **kdhogan@ymail.com**   Courtesy Email #2: **kim212hogan@gmail.com**

Firm:   Address: **10015 Lake Creek Pkwy #621**

City: **Austin**   State: **Texas**   Zip Code: **78729**   Last 4 SSN: **8056**

Are you admitted to the bar of the Western District of Texas and a member in good standing or an attorney otherwise authorized to represent the United States?   Yes: ☐   No: ☒

Are you a non-prisoner pro se litigant?   Yes: ☒   No: ☐

**NOTE: Non-prisoner pro se litigants must motion the Court for approval to become an Electronic Filing User. The Order granting your motion must accompany this registration form in order for your registration to be processed.**

State Bar Card No:   State:

If admitted *pro hac vice*, please complete. Not required if previously admitted PHV with active CM/ECF Account.

Date motion granted:   In case number:

By submitting this form, I agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies, and procedures. I further consent to allow the court to provide e-mail notifications on my behalf to all parties registered with the ECF System in lieu of providing certificate of service per Local Court Rule CV-5 and CR-49. I understand that the combination of user id and password will serve as the signature of the filing user filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore, as a **filing** user, I agree to protect the security of my password and immediately notify the Court if I suspect my password has been compromised.

I already have an ECF login that I use at another Court, which is_____. Please assign the same login, if possible. **(Important Note: This login cannot be your current PACER login.)**

*Kimberly D. Hogan* (Pro Se)   September 27th, 2021
Signature of Registrant   Date Signed

**Please submit the completed registration form to the following email address:**

txwd_ecf_help@txwd.uscourts.gov