

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| Jeannette J. Clack<br>Clerk of Court | WESTERN DISTRICT OF TEXAS<br>501 West 5th Street, Ste. 1100<br>Austin, TX  78701 | Philip J. Devlin<br>Chief Deputy |

**October 5, 2021**

Kimberly D. Hogan
10015 Lake Creek Parkway
#621
Austin, TX 78729

RE:  Case No. 1:21-CV-892-RP-ML;    *Hogan v. Aspire Financial, Inc. et al*

Dear Ms. Hogan:

This is to acknowledge receipt of your Civil Rights Complaint and Application to Proceed in Forma Pauperis in the above captioned case.

Your case has been assigned docket number 1:21-CV-892-RP and assigned to the Honorable Robert Pitman.  The file has been referred to Magistrate Judge Mark Lane for a determination of the Application to Proceed in Forma Pauperis and a recommendation on the merits

All documents must be filed with the U.S. Clerk's Office in the following manner:

An **original and one copy** of each document, including exhibits, must be submitted to the Clerk.  If you wish to receive a return copy, you must provide an extra copy.

Documents must be **one-sided** so as to conform to the Court's electronic docket.

Documents, not including the original complaint or petition, must contain a **Certificate of Service** stating that a true and correct copy of the document was served on each defendant or his counsel.  This certificate must be attached to the original document and copy and should state the date and manner of service, as well as the name of the person served.

Documents must be **signed** by the moving party and contain the signer's full contact information.

Documents, including exhibits, must be submitted on paper no larger than **8 ½ x 11** and should not be bound in any manner other than with a clip.  All staples will be removed to accommodate scanning and filing into the electronic docket.

Documents submitted for filing and any subsequent correspondence in relation to this case must reflect the **docket number** assigned.

It is very helpful to the Clerk's Office if documents, including exhibits, are **page numbered** at the bottom.

To promote electronic access to case files, while also protecting personal privacy, parties shall refrain from including or shall partially redact the following personal data identifiers from all documents:

**Social Security Numbers**. If an individual's Social Security Number must be included, only the last four digits of that number should be used.

**Names of Minor Children**. If the involvement of a minor child must be mentioned, only the initials of that child should be used.

**Dates of Birth**. If an individual's date of birth must be included in a document or is contained within an exhibit, only the year should be used.

**Financial Account Numbers**. If financial account numbers are relevant in a document, only the last four digits should be used.

All documents for filing and inquiries concerning the status of your case must be directed to the Clerk's Office rather than to the judicial officer to whom the case is assigned. **Sending documents and correspondence directly to the judicial officer may result in unnecessary delays.**

**You must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in the dismissal of your case for want of prosecution.**

Very truly yours,

Deputy Clerk/cj