**FILED**
October 25, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CC_____
DEPUTY

Name: Kimberly D. Hogan
Address: 10015 Lake Creek Pkwy #621
Austin, Texas 78729
Phone Number: 303-246-1587
Email Address: kdhogan@ymail.com
*Pro Se*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Kimberly D. Hogan

PLAINTIFF(S)

v.

Aspire Financial, Inc. d/b/a Aspire Lending

DEFENDANT(S)

CASE NUMBER

1:21-CV-0892-RP

**APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   ☒ A Computer with internet access.
   ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☒ A scanner to convert documents that are only in paper format into electronic files.
   ☒ A printer or copier to create required paper copies such as chambers copies.
   ☒ A word-processing program to create documents; and
   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: October 25th, 2021       Signature: *Kimberly D. Hogan*