**RECEIVED**
November 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
　　　　　　　DEPUTY

**FILED**
November 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
　　　　　　　DEPUTY

21-cv-892

# CERTIFICATE OF SERVICE

I, Kimberly Hogan, Plaintiff pro se, do hereby certify that on the Day of October 14th, 2021 a true and correct copy of the foregoing pleading was forwarded to Aspire Financial Inc's Council Donald E. Uloth by Certified Return Receipt Mail at the following address: 18208 Preston Rd. Suite D-9 #261 Dallas, Texas 75252, which he refused signature, so I also Filed and Sent an Accepted (by the Dallas 5th Appellate Clerk's Office) a true and correct copy of the foregoing pleading on the Day of October 25th, 2021 via email to: don.uloth@uloth.pro through the Tyler Technologies Texas E-File System.  All Parties (all the lower courts clerks and the Dallas 162nd District Court Coordinator) were CC'd and were also Served a true and correct copy through Tyler Technologies Texas E-file System.

Dated: November 29th, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/S/ Kimberly D. Hogan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly D. Hogan