ACCEPTED
05-19-00385-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/27/2021 4:22 PM
LISA MATZ
CLERK

**RECEIVED**
December 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:＿＿＿＿JMV＿＿＿＿
　　　　DEPUTY

October 27th, 2021

Dallas County District Clerk Felicia Pitre

600 Commerce Street Suite 103

Dallas, Texas 75202

(214) 653-7301

felicia.pitre@dallascounty.org

**FILED**
December 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:＿＿＿＿JMV＿＿＿＿
　　　　DEPUTY

And:

Dallas 5th Court of Appeals Clerk Lisa Matz

600 Commerce Street Suite 200

Dallas , Texas 75202

(214) 712-3450

TheClerk@5th.txcourts.gov

And:

Supreme Court of Texas

Clerk: Blake A. Hawthorne

Deputy Clerk: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312

kristen.golby@txcourts.gov

And:

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

1

Phone:  (214) 989-43

Fax: (972) 777-6951

Email: don.uloth@uloth.pro

And:

Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

        Re: Kimberly D. Hogan Vs. Aspire Financial Inc.
           No. 1:21-CV-0892-RP United States District Court  Western District of
             Texas Austin Division
           No. 21-0556 in Supreme Court of Texas
           No. 05-19-00385-CV in Dallas 5th Appellate court
                And the Lower Court:
           No. DC-18-01806 in Dallas County 162nd District Court

I, Kimberly D. Hogan received this e-mail (see below) with these attached PDF Documents (see below) from Lisa Matz AFTER BUSINESS HOURS (as always from Lisa Matz), interestingly the very following day after you all who were avoiding being Served finally got Served your papers when I finally successfully Submitted this Accepted Filing:

https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:dbc2652f-7e0e-469a-b44b-e3565a120584

2

← **Case Notices for: 05-19-00385-CV**



noreply-tames@txcourts.gov
to Me
Yesterday, 6:14 PM



Notice(s) for the following case(s) are attached:

    COA # 05-19-00385-CV / TC # DC-18-01806 (2)
        1. MANDATE ISSD_CV_FILECOPY.pdf
        2. 190385 mandate.pdf

Thank you,
Lisa Matz - Clerk of the Court
Fifth Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (214) 712-3450.

[NoticeBatchID: ecea17bb-bc9a-41bf-a9f0-776e296697f6]

5th COURT OF APPEALS



Forward     More



**FILE COPY**

Chief Justice
Robert D. Burns, III

Justices
Lana Myers
David J. Schenck
Ken Molberg
Leslie Osborne
Robbie Partida-Kipness
Bill Pedersen, III
Amanda L. Reichek
Erin A. Nowell
Cory L. Carlyle
Bonnie Lee Goldstein
Craig Smith
Dennise Garcia

**Court of Appeals**
**Fifth District of Texas at Dallas**

600 Commerce Street, Suite 200
Dallas, Texas 75202
(214) 712-3400

Lisa Matz
Clerk of the Court
(214) 712-3450
lmatz@txcourts.gov

Myrna Gaos
Business Administrator
(214) 712-3417
myrna.gaos@txcourts.gov

Facsimile
(214) 745-1083

Internet:
www.txcourts.gov/5thcoa.aspx

October 26, 2021

Kimberly D. Hogan
10015 Lake Creek Parkway
#621
Austin, TX 78729
* DELIVERED VIA E-MAIL *

Donald E. Uloth
The Law Office of Donald E. Uloth
18208 Preston Road
Ste. D9 #261
Dallas, TX 75252-6011
* DELIVERED VIA E-MAIL *

Felicia Pitre
Dallas County District Clerk
George Allen Sr. Courts Building
600 Commerce Street, 1st Floor
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

The Honorable Maricela Moore
162nd District Court
George Allen Sr. Courts Building
600 Commerce St., 7th Floor New Tower
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number:   05-19-00385-CV
    Trial Court Case Number:   DC-18-01806

Style: Kimberly D. Hogan
       v.
       Aspire Financial, Inc., d/b/a Aspires Lending

Today pursuant to Rule 18 of the T.R.A.P. the mandate has been issued. The parties are advised that: (i) exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record; and (ii) exhibits on file with the Court will be destroyed six years after the final disposition of the case, but if ordered by the Court, may be destroyed earlier.

Respectfully,

**FILE COPY**

/s/ Lisa Matz, Clerk of the Court



## Court of Appeals
### Fifth District of Texas at Dallas

**MANDATE**

**TO THE 162ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of May 2021, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| KIMBERLY D. HOGAN, Appellant | On Appeal from the 162nd Judicial District Court, Dallas County, Texas |
| No. 05-19-00383-CV   V. | Trial Court Cause No. DC-18-01806. Opinion delivered by Justice Smith. |
| ASPIRE FINANCIAL, INC., D/B/A ASPIRES LENDING, Appellee | Justices Nowell and Garcia participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee ASPIRE FINANCIAL, INC., D/B/A ASPIRES LENDING recover its costs of this appeal from appellant KIMBERLY D. HOGAN.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

WITNESS the HON ROBERT D. BURNS, III, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 26th day of October 2021.

_Lisa Matz_
Lisa Matz, Clerk

Now Lisa Matz, what I want to know is:

1.) Were my Records Evidence and Exhibits Destroyed?
2.) Were my Records Evidence and Exhibits ORDERED to be Destroyed?
3.) If so, Who Ordered my Records Evidence and Exhibits to be Destroyed?
4.) And if so, When were my Records Evidence and Exhibits Destroyed?
5.) And, Why would my Records Evidence and Exhibits be Ordered to be Destroyed during a Live and Open Ongoing Case!?

IF such an Order to Destroy my Records Evidence and Exhibits exists I insist a copy of that Order be sent to me immediately!


Submitted,

**/s/ Kimberly D. Hogan**

Kimberly D. Hogan

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

(303)246-1587

kdhogan@ymail.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 58603287
Status as of 10/27/2021 4:26 PM CST

Associated Case Party: Aspire Financial, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Donald Uloth | | don.uloth@uloth.pro | 10/27/2021 4:22:21 PM | SENT |
| Felicia Pitre | | felicia.pitre@dallascounty.org | 10/27/2021 4:22:21 PM | SENT |
| Lisa Matz | | TheClerk@5th.txcourts.gov | 10/27/2021 4:22:21 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Melinda Thomas | | mthomas@dallascourts.org | 10/27/2021 4:22:21 PM | SENT |
| Kristen Golby | | kristen.golby@txcourts.gov | 10/27/2021 4:22:21 PM | SENT |