Case 1:21-cv-00892-RP   Document 11   Filed 12/06/21   Page 1 of 5

ACCEPTED
05-19-00385-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/29/2021 7:35 PM
LISA MATZ
CLERK

**RECEIVED**
December 06, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
                DEPUTY

November 29th, 2021

**FILED**
December 06, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
                DEPUTY

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone:  (214) 989-43

Fax: (972) 777-6951

Email: don.uloth@uloth.pro


Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-730

felicia.pitre@dallascounty.org


Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

1

Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov


Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

kristen.golby@txcourts.gov


Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

Re: Kimberly D. Hogan Vs. Aspire Financial Inc.

    No. 1:21-CV-0892 United States District Court  Western District of Texas Austin Division

    No. 21-0556 in Supreme Court of Texas

    No. 05-19-00385-CV in Dallas 5th Appellate court

        And the Lower Court:

    No. DC-18-01806 in Dallas County 162nd District Court


I, Kimberly D. Hogan am writing and e-filing this cover Letter with Attachments to all recipients/defendants today to ensure your receipt.  Earlier today you were all email copied a "Waiver Of The Service Of Summons", but since all the recent refusals of acknowledgements of receipt of past correspondences, and zero responses, you leave me no choice but to take this route yet again.

Here is your copy of "The Claim/Appeal" and Case Record on Pacer:
https://www.pacermonitor.com/public/case/42145060/Hogan_v_Aspire_Financial,_Inc_et_al?fbclid=IwAR0pLxJ_ZpfeyvftPMMPfRmmv8SDpaRuuYoDL3IbIeJBnv_cJHaRL7QbMTQ

And, here is your copy of "The Waiver Of Service Of Summons" that was also emailed to each of you earlier today:
https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:a5ba90b8-ec9a-4338-8d4c-69bbe898184c

Since it is required for me to send you 2 copies, with prepaid means for your returning to me 1 signed copy, I am stuffing snail mail envelopes and mailing those to each of you today.  Pretty ridiculous for this modern technology day and age, but they are on their way.


Submitted,

**/s/ Kimberly D. Hogan**

Kimberly D. Hogan

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

(303)246-1587

kdhogan@ymail.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59533361
Status as of 11/30/2021 8:17 AM CST

Associated Case Party: Aspire Financial, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felicia Pitre | | felicia.pitre@dallascounty.org | 11/29/2021 7:35:53 PM | SENT |
| Lisa Matz | | TheClerk@5th.txcourts.gov | 11/29/2021 7:35:53 PM | SENT |
| Donald Uloth | | don.uloth@uloth.pro | 11/29/2021 7:35:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felicia Pitre | | felicia.pitre@dallascounty.org | 11/29/2021 7:35:53 PM | SENT |
| Melinda Thomas | | mthomas@dallascourts.org | 11/29/2021 7:35:53 PM | SENT |
| Lisa Matz | | TheClerk@5th.txcourts.gov | 11/29/2021 7:35:53 PM | SENT |
| Kristen Golby | | kristen.golby@txcourts.gov | 11/29/2021 7:35:53 PM | SENT |