**RECEIVED**
February 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

February 7th, 2022

**FILED**
February 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

### Defendants:

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone:  (214) 989-4396

Fax: (972) 777-6951

Email: don.uloth@uloth.pro


Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-7307

felicia.pitre@dallascounty.org


Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

1

Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov


Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

kristen.golby@txcourts.gov


Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512)463-1312

Re: Kimberly D. Hogan Vs. Aspire Financial Inc.

        No. 1:21-CV-0892 United States District Court  Western District of Texas Austin Division

        No. 21-0556 in Supreme Court of Texas

        No. 05-19-00385-CV in Dallas 5th Appellate court

            And the Lower Court:

        No. DC-18-01806 in Dallas County 162nd District Court


I, Kimberly D. Hogan am writing and e-filing this Letter containing Attachments (YET AGAIN!) of My Complaint/Removal/Appeal, including your Waiver of Service of Summons Fee Docs (Also previously 1st Class Mailed Twice!) to all recipients/defendants today to ensure your receipt, and for proof that they were sent.

Earlier today I received a returned UNSIGNED Waiver of Service of Summons Fee Form from Melinda Thomas; it seems in all her years working in the courts she does Not know Rule 4, and completely overlooked it even though it is right there in plain view attached at the button of the document she refused to sign.  See Miss Thomas's Unsigned returned doc here: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:3e2fbcc7-125b-4987-ae54-55fc03236841

Here is a copy of Rule 4 stating that sending the documents First Class Mail (which I did twice!) is an acceptable form of Delivery: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:1911199a-f1b0-4b89-b8b2-777403cb2709

By now Surely all Defendants have received their 2 Copies of their Waiver of Service of Summons Fee Forms (First Class Mailed on January 19th 2022, including their postage paid return envelopes), which also included their copies of My Complaint/Removal/Appeal.  Once Again I include **Yet Another Copy** of that Filed Document here for all of you: https://documentcloud.adobe.com/link/review?uri=urn:aaid:scds:US:e59d3e9d-befc-420f-a672-60d32f2ba994

I urge that all of you stop wasting my money, my patience, and valuable time, and sign and return to me **immediately** (the already sent via FIRST CLASS MAIL) your Signed Forms in the SUPPLIED POSTAGE PAID ENVELOPES!


Seriously!

**/s/ Kimberly D. Hogan**

Kimberly D. Hogan

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

(303)246-1587

kdhogan@ymail.com