

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____          Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To
_____
Street and Apt. No., or PO Box No.
_____
City, State, ZIP+4®
_____

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

Kimberly D. Hogan
10015 Lake Creek Parkway
#621
Austin, TX   78729
1:21-cv-892
RR #15