

**RECEIVED**
April 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
April 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

Kimberly D. Hogan  Pro se
Plaintiff

CASE NUMBER: 1:21-CV-00892-RP-ML

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendant's

# Plaintiff Hogan's OBJECTION to Wrongful Dishonorable and FRAUDULENT Suggested Dismissal of her Case by Magistrate Judge Mark Lane

**1. Plaintiff:**

Plaintiff: Kimberly D. Hogan Pro se

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

kdhogan@ymail.com

(303)246-1587

**2. Defendants:**

Defendant: Aspire Financial, Inc. d/b/a Aspire Lending

4100 Alpha Rd. Suite 300

Dallas, Texas 75244

(877)325-2009

1

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone:  (855) 952-4645

Fax: (972) 777-6951

Email: don.uloth@uloth.pro


Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-7307

felicia.pitre@dallascounty.org


Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov


Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312

kristen.golby@txcourts.gov


Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312

Plaintiff Kimberly D. Hogan is Filing this Notice of Objection to the Ludicrous and Abusive suggestion by Mark Lane that Her Case is Frivolous and Factually Insufficient.

1. Plaintiff Kim Hogan asked for a Jury Trial, NOT a Fact Finding Trial by a Lone Judge. Mark Lane is NOT empowered to be a FACT FINDER.
2. Stripping Court Filings and making Evidence Exhibits Disappear from the Court Dockets is a CORRUPT a Court Practice as any. Fraud By Courts Judges, their Clerks, and in this case Instance E File and Tyler Technologies for IGNORING AND STRIPPING EVIDENCE AND EXHIBITS is an obvious denial of The 14th Amendment Equal Protection and Due Process of Law, and a Blatant Violation to 18 U.S. Code 1512 (c). Mark Lane is FULL of Beans on His wholly untrue Claim that I have Not Stated a Colorable, Justifiable Cause Of Action.
3. At this time, because ZERO Discovery has yet been permitted, this Case is NOT Suitable for a 12b 6 Dismissal For failure to state a claim nor is the cause ripe for a Rule 56 Summary Judgment Dismissal.
4. It appears that Mark Lane's recommendations are purely Prevarication on His Part and is Tantamount to an Independent Cause of Action against Him for COURT STRIPPING Your Plaintiff Kim Hogan for Her Due Process and Equal Protection Rights.
5. Mark Lane is NOT allowed to Judge Facts nor is Mark Lane allowed to Prevaricate by His WHOLLY LUDICROUS CLAIM that No Colorable Cause of Action exists for Fraudulent Manipulation and Stripping of EVIDENCE filed in the Courts Below. It appears that Mark Lane is using the Pro Se Screening Process as a Bludgeon to deny Your Plaintiff any semblance of Due Process before the Courts.
6. DISCOVERY is warranted at this Early Pleading Stage of this Case as Rule 8 Notice Pleadings are still the Rule. It appears that Mark Lane is IMPROPERLY Imposing Heightened Pleading Standards per FRCP 9 and is in fact acting as Defense Counsel for the Defendants as His Recommendations that this cause by dismissed are simply **FRAUDULENT.**
7. **IGNORING and Refusing** your Plaintiff's **Above and Beyond IRREFUTABLE INDISPUTABLE PROVEN FACTS Evidence and Exhibits Clearly**

**Contained in her Claim** is a Blatant Denial of Due Process and Equal Protection that Violates the UDHR and International Law.

**/s/ Kimberly D. Hogan**

Kimberly D. Hogan

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

(303)246-1587

kdhogan@ymail.com

April 5th, 2022