IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY D. HOGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-892-RP |
| | § | |
| ASPIRE FINANCIAL, DONALD E. ULOTH, | § | |
| FELICIA PITRE, MELINDA THOMAS, LISA | § | |
| MATZ, KRISTEN GOLBY, BLAKE A. | § | |
| HAWTHORNE, JOHN AND JANE DOES | § | |
| 1–100, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff Kimberly D. Hogan's ("Hogan") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 15). In his report and recommendation, Judge Lane recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 5). Hogan timely filed objections to the report and recommendation. (Objs., Dkt. 18).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Because Hogan timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so, the Court overrules Hogan's objections and adopts the report and recommendation as its own order.

1

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 15), is **ADOPTED**. Hogan's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on July 18, 2022.

---
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE