IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY D. HOGAN, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:21-CV-892-RP |
| ASPIRE FINANCIAL, DONALD E. ULOTH, FELICIA PITRE, MELINDA THOMAS, LISA MATZ, KRISTEN GOLBY, BLAKE A. HAWTHORNE, JOHN AND JANE DOES 1–100, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 18, 2022, the Court issued an order adopting Judge Mark Lane's report and recommendation and dismissing Plaintiff's complaint. (Dkt. 19). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE