## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**FILED**
August 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JMV_____
DEPUTY

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 16, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50740   Hogan v. Aspire Financial
                  USDC No. 1:21-CV-892

The court has taken the following action in this case: The appeal is dismissed as erroneously docketed.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Charles B. Whitney, Deputy Clerk
                         504-310-7679

Mr. Philip Devlin
Ms. Kimberly D. Hogan