

| PHILIP J. DEVLIN<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701 | ANNETTE FRENCH<br>CHIEF DEPUTY |
|---|---|---|

**February 3, 2023**

Kimberly D. Hogan
10015 Lake Creek Parkway, #621
Austin, TX 78729

Re:     Transcript Order for Appeal Filed, TXWD Case No. 1:21-cv-00892-RP

Dear Appellant:

Your Notice of Appeal has been transmitted to the Fifth Circuit Court of Appeals. A copy is enclosed for your records.

Pursuant to Rule 10.1 of the Fifth Circuit's Federal Rules of Appellate Procedure, appellants are required to order transcripts of proceedings in their case within 14 days of filing a Notice of Appeal. If no transcript is needed, the appellant is required to file an order form indicating that no transcript is required.

Transcript order forms are available on the court's website at www.TXWD.USCourts.gov under the Forms section, Miscellaneous option and District folder. Requests for cases appealed to the Fifth Circuit should be completed using the Fifth Circuit Court of Appeals Transcript Order form. Instructions are included on page 2 of the form.

A separate transcript order form must be completed for each court reporter so please request a transcript form for each court reporter.

                                                            Sincerely,


                                                            By: JMV
                                                            Deputy Clerk