**RECEIVED**
February 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

# UNITED STATES FEDERAL DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**FILED**
February 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

<u>Kimberly D. Hogan  Pro se</u>
Plaintiff / Appellant

CASE NUMBER: 1:21-CV-00892-RP

<u>Aspire Financial, Inc. D/B/A Aspire Lending</u>
<u>and Council Donald E. Uloth</u>
Defendants / Appellees

## ORDER
## FORWARD THE RECORD

Attention Clerk of The Court,

Please Forward The Record, all of the Docket and Margin Notes, including the Judge's and Clerk's Notes, from the Case Record in the United States Federal District Court Western District Of Texas Austin Division, into The United States Fifth Circuit Court Of Appeals.  There were no Court "Proceedings" in the Federal Court therefore there are no Court Reporter's "Transcripts" for this case in this Court.

Respectfully,

**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
10015 Lake Creek Pkwy. #621
Austin, Texas 78729
kdhogan@ymail.com
(303)246-1587

1