# United States Court of Appeals
# For the Fifth Circuit

**FILED**
April 24, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JF_____
DEPUTY

_____
No. 23-50090
_____

<u>Kimberly D. Hogan  Pro se</u>
Plaintiff / Appellant

           Appeal from the USDC for the Western District of Texas
           USDC CASE NUMBER: 1:21-CV-00892-RP

<u>Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth</u>
Defendants / Appellees

## 3RD NOTICE WITH INDISPUTABLE PROOF OF FRAUD BY THE COURT
## JUDICIAL COMPLAINT
## DEMAND FULL PANEL EN BANC HEARING

**1. Plaintiff / Appellant:**

Plaintiff: Kimberly D. Hogan Pro se

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

[kdhogan@ymail.com](mailto:kdhogan@ymail.com)

1

(303)246-1587

**2. Defendants / Appellees:**

Defendant: Aspire Financial, Inc. d/b/a Aspire Lending

4100 Alpha Rd. Suite 300

Dallas, Texas 75244

info@aspirelending.com

(877)325-2009

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone:  (855) 952-4645

Fax: (972) 777-6951

Email: don.uloth@uloth.pro

Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-7307

felicia.pitre@dallascounty.org

Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org


Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov


Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312

kristen.golby@txcourts.gov


Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312


U.S. District Judge Robert Pitman

501 West 5th Street, Suite 5300

Austin, Texas 78701

(512) 391-8792


U.S. Magistrate Judge Mark Lane

501 West 5th Street, Suite 7400

Austin, Texas 78701

(512) 916-5896 ext. 8705


Tyler Technologies

5101 Tennyson Parkway

Plano, Texas 75024

(972) 713-3700

info@tylertech.com

Newly Added:

United States Fifth Circuit Court of Appeals

Deputy Clerk Lisa E. Ferrara

600 Maestri Place Suite 115

New Orleans, Louisiana 70130

(504) 310-7675


**Now Newly Added For More FRAUD Upon And BY THE COURT:**

United States Fifth Circuit Court of Appeals

<u>**NOWHERE  LISTED**</u> on the ATTACHED BELOW 5th Circuit's Contact List:

**Mystery "Deputy Clerk" Melissa Shanklin**

# FIFTH CIRCUIT CLERK'S OFFICE & JUDGES

600 S. Maestri Place, Suite 115  
New Orleans, LA 70130-3408  
Main Number (504) 310-7700

Lyle W. Cayce, Clerk of Court  
Thomas Plunkett, Chief Deputy Clerk

### Attorney Admissions and Renewals

Attorney Admissions/Renewals.................................................................. 310-7947

### Counsel to Clerk's Office

Timothy Phares, Attorney Advisor............................................................. 310-7665

### Case Administration Division

Peter Conners, Case Administration Manager........................................... 310-7685

**Northern (10000) and Western (50000) Texas**

**MAIN NUMBER**.......................................................................................... **310-7806**

Amanda Sutton-Foy, Case Manager........................................................... 310-7670

Melissa Courseault, Case Management Clerk............................................ 310-7701

Lisa Ferrara, Case Management Clerk....................................................... 310-7675

Roeshawn Johnson, Case Management Clerk............................................ 310-7998

Melissa Mattingly, Case Management Clerk.............................................. 310-7719

Renee McDonough, Generalist................................................................... 310-7673

Casey Sullivan, Case Management Clerk................................................... 310-7642

Mary Frances Yeager, Case Management Clerk........................................ 310-7686

Monica Washington, Case Management Clerk (Prisoner/Pro Se)............. 310-7705

Updated March 15, 2023

**Southern (20000) and Eastern (40000) Texas**

**MAIN NUMBER**.......................................................................................... **310-7807**

Angel Tardie, Case Manager...................................................................... 310-7715

Nancy Dolly, Opinions Specialist............................................................... 310-7683

Shawn Henderson, Case Management Clerk............................................. 310-7668

Dantrell Johnson, Case Management Clerk............................................... 310-7689

Rebecca Leto, Case Management Clerk..................................................... 310-7703

Donna Mendez, Case Management Clerk (Prisoner/Pro Se).................... 310-7677

Christy Rachal, Case Management Clerk.................................................. 310-7651

Also in **NON-VIRUS SEARCHABLE LINK FORMAT HERE:**

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:ae076566-4ebe-488b-bff5-7c2d2cde887e

600 Maestri Place Suite 115

New Orleans, Louisiana 70130

Main Number: (504) 310-7700

**AND   John Does and Jane Does  1- 100  Identities Yet to be determined.**

**ATTENTION:** Chief Judge Priscilla Richman, and Former Chief Judge Edith Jones,

After waiting Months for a Response to my Appeal and Second Appeal, both Filed on August 12th, 2022 (well in time before my Statute of Limitation from Final Judgment Ruling entered July 18th, 2022),  I decided to File a 3rd Amended Appeal Filed on February 3rd 2023 in hopes that one would receive a response, as the saying goes "3rd time's a charm".  I Filed my first two Appeals well before the Statute of Limitation Deadline of August 17th 2022.  And, in fact, according to the Rules, I Won by Default since no one ever responded to me by their Statute of Limitation Deadline of September 11th, 2022.  With all that being said, now I want to know which is it?  Is it vision problems, ineptness, Corruption, or Collusion?  I received this Fraudulent "UNPUBLISHED ORDER" from the Clerk/Deputy Clerk, specifically Deputy Clerk Lisa Ferrara, stating that my MANY YEARS Long Fought Battle Case is "DISMISSED for want of Jurisdiction".  She claims I missed filing a timely notice of appeal by August 17th, 2022.  She completely did not look at Docket Entries 22, 23, and 24, or Completely Ignored all three Docket Entries that Prove I Filed on August 12th, 2022, well before my SOL.  Deputy Clerk Ferrara fast forwarded to Docket Entry 25, my 3rd Amended Appeal

Dated January 31st, 2023, completely Ignoring Docket Entries 22, 23, and 24, and especially Ignoring the fact that no one ever responded to #24, which means I won by Default.  Very Interesting SELECTIVE VISION Problems it appears Deputy Clerk Ferrara suffers from.  She was able to see just fine Docket Entry #21 the Final Judgment dated July 18th, 2022, and was able to see Docket Entry #25 my 3rd Amended Appeal just fine.  Interesting that the SELECTIVE VISION doesn't notice AT ALL there is NO RESPONSE to my Timely Filed Appeal dated August 12th, 2022, and that I Actually Have Won By Default.  ALL THE PROOF CAN BE SEEN HERE ON THE **NON-VIRUS PACER LINK** FOR THIS CASE:

https://www.pacermonitor.com/case/42145060/Hogan_v_Aspire_Financial,_Inc_et_al


Here Attached Below is all the Proof to see, YET AGAIN, this time in a new and Higher Court The Fifth Circuit Court of Appeals, The **FRAUD UPON AND BY THE COURT** Continues:

Proof of Fraud By The Fifth Circuit Court of Appeals Deputy Clerk Lisa Ferrara:

> **United States Court of Appeals**
> FIFTH CIRCUIT
> OFFICE OF THE CLERK
>
> LYLE W. CAYCE
> CLERK
>
> TEL. 504-310-7700
> 600 S. MAESTRI PLACE,
> Suite 115
> NEW ORLEANS, LA 70130
>
> March 28, 2023
>
> MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:
>
> No. 23-50090    Hogan v. Aspire Financial
>                 USDC No. 1:21-CV-892
>
> Enclosed is an order entered in this case.
>
> Sincerely,
>
> LYLE W. CAYCE, Clerk
>
> *Lisa E Ferrara*
> By: _____
> Lisa E. Ferrara, Deputy Clerk
> 504-310-7675
>
> Ms. Kimberly D. Hogan

Also in **NON-VIRUS SEARCHABLE LINK FORMAT HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:aecf9d0e-c161-4dc6-9ae3-cd2ea2ebfb5f

9

Proof of Fraud Upon and By The Fifth Circuit Court:

Case: 23-50090   Document: 00516691300   Page: 1   Date Filed: 03/28/2023

# United States Court of Appeals
## for the Fifth Circuit

No. 23-50090

United States Court of Appeals
Fifth Circuit

**FILED**
March 28, 2023

Lyle W. Cayce
Clerk

Kimberly D. Hogan,

        *Plaintiff—Appellant,*

versus

Aspire Financial, Incorporated, *doing business as* Aspire Lending; Donald E. Uloth; Felicia Pitre, *Clerk of the Court*; Dallas County 162nd District Court; Melinda Thomas, *Court Coordinator*; Dallas 162nd District Court; Lisa Matz, *Appellate Court Clerk*; Dallas 5th Court of Appeals; Kristen Golby, *Deputy Clerk of the Court*; Supreme Court of Texas; Blake A. Hawthorne, *Clerk of the Court*; Supreme Court of Texas; John and Jane Does 1-100; Tyler Technologies,

        *Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-892
_____

## UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*
Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir.

No. 23-50090

2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:9bbe82ba-0290-4ee6-a1de-eb4a458450cc

**PROOF OF SELECTIVE VISION, INEPTNESS, CORRUPTION, OR COLLUSION:**



Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:bd3d4f16-d4ad-4719-9e3d-830329fbb87b

Proof of Timely Filed **August 12th, 2022** 2nd Amended Appeal:

Case 1:21-cv-00892-RP Document 24 Filed 08/12/22 Page 1 of 15

**UNITED STATES FEDERAL DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
August 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ CC

Kimberly D. Hogan  Pro se
Plaintiff / Appellant

CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

**2ND AMENDED NOTICE OF APPEAL, COMPLAINT, AND REMOVAL FOR FRAUD UPON THE COURT, DENIAL OF DUE PROCESS, EQUAL PROTECTION, AND MEANINGFUL ACCESS TO THE COURT,** *RECORDS TAMPERING CENSORING EVIDENCE STRIPPING, AND FOR A FRAUDULENT CONCOCTED UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION, RICO AND FEDERAL CRIME VIOLATIONS TO OATH OF OFFICE*

**1. Plaintiff / Appellant:**
Plaintiff: Kimberly D. Hogan Pro se
10015 Lake Creek Pkwy. #621
Austin, Texas 78729
kdhogan@ymail.com
(303)246-1587

**2. Defendants / Appellees:**
Defendant: Aspire Financial, Inc. d/b/a Aspire Lending
4100 Alpha Rd. Suite 300

1

Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:b93d124a-8459-4c33-bdde-4392d30a113c

Which It was NEVER RESPONDED TO, therefore I LEGALLY Won by Default!

**NON-VIRUS PACER LINK:**

https://www.pacermonitor.com/case/42145060/Hogan_v_Aspire_Financial,_Inc_et_al

I **DEMAND THIS CASE BE REOPENED IMMEDIATELY** Due To It Being FRAUDULENTLY Dismissed! The Corruption only continues further with This Bullcrap Response from **Melissa Shanklin SUPPOSED DEPUTY CLERK** that the Courts are not permitted to access digital doc links which is a **LIE**! See Melissa Shanklin's additional FRAUD BY THE COURT HERE:



14

Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:e9a85c63-c60e-4e5a-8c8a-2c8f6f4791b4

  All throughout this case and **throughout ALL the previous courts, and inserted in EVERY "ACCEPTED" FILING in ALL the previous courts there have ALWAYS been Attached Searchable Links!  THE COURTS HAVE VIRUS PROTECTION!**

Clearly the FRAUD BY THE COURT is Rampant and Systemic at the 5th Circuit! Here is more Proof of Fraud BY YET ANOTHER CORRUPT 5TH CIRCUIT COURT CLERK Disclosed via a **NON-VIRUS LINK:**

**https://lawsintexas.com/a-fifth-circuit-clerk-corruptly-impersonating-appellants-induces-finality-of-appeal/**

AND, There's This Claim Of The Legal System Being "Corrupt Beyond Recognition" From Your Own Former Chief Judge Edith Jones Of The 5th Circuit via a **NON-VIRUS LINK**:

https://republicbroadcasting.org/news/american-legal-system-is-corrupt-beyond-recognition/


## RE-OPEN MY CASE!


Respectfully Submitted,

**/s/ Kimberly D. Hogan**  (Accepted as a LEGAL "ELECTRONIC SIGNATURE"!)

Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

April 24th, 2023