# United States Court of Appeals for the Fifth Circuit

**FILED**
May 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

---

No. 23-50090

---

Kimberly D. Hogan,

*Plaintiff—Appellant*,

*versus*

Aspire Financial, Incorporated, *doing business as* Aspire Lending; Donald E. Uloth; Felicia Pitre, *Clerk of the Court*; Dallas County 162nd District Court; Melinda Thomas, *Court Coordinator*; Dallas 162nd District Court; Lisa Matz, *Appellate Court Clerk*; Dallas 5th Court of Appeals; Kristen Golby, *Deputy Clerk of the Court*; Supreme Court of Texas; Blake A. Hawthorne, *Clerk of the Court*; Supreme Court of Texas; John and Jane Does 1-100; Tyler Technologies,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-892

---

ON PETITION FOR REHEARING EN BANC

UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a motion for reconsideration (5TH CIR. R. 35 I.O.P.), the motion for reconsideration is DENIED.  Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50090   Hogan v. Aspire Financial
                     USDC No. 1:21-CV-892

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

Mr. Philip Devlin
Ms. Kimberly D. Hogan